**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ZOUHAIR'S NEIGHBORHOOD CLEANERS,
INC.,

        Plaintiff,

v.

Case No. 17-10418

SENTINEL INSURANCE COMPANY, LTD.,

        Defendant.
_____/

**ORDER SUSPENDING PRESENTLY SCHEDULED DEADLINES AND
CONSIDERATION OF DEFENDANT'S MOTION FOR SANCTIONS IN LIGHT OF
MEDIATION EFFORTS**

On November 16, 2017, Plaintiff filed a memorandum with the court indicating that the parties intended to seek the facilitation services of retired Judge James Rashid. Less than two weeks later, Defendant filed a motion for sanctions against Plaintiff based on Plaintiff's alleged discovery violations. (Dkt. # 14.) The court held a telephonic status conference on November 29, 2017 to understand why Defendant filed a motion with the court when presumably the parties are preparing for mediation. The court recognizes the parties have ongoing discovery delays and problems, but this is topic that should be incorporated and resolved in the mediation.

During the conference, Defendant indicated that it filed the motion due to the impending final pretrial deadline. Both parties agreed their mediation efforts would be better served if they were not actively preparing for trial under the presently scheduled deadlines. In an effort to eliminate barriers to the efficient resolution of the dispute, the

court will suspend deadlines while the parties engage in facilitation. The court will also table consideration of Defendant's Motion for Sanctions.

However, this is not an invitation to open-ended delay. The court expects the parties will proceed forward with facilitation. Facilitation must conclude by December 31, 2017, as this court previously ordered. (Dkt. # 12.) Accordingly,

IT IS ORDERED that the final pretrial hearing currently set for January 8, 2017, and any remaining deadlines are SUSPENDED until further order of this court.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: December 1, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 1, 2017, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (810) 292-6522